UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| IN RE: | : | CASE NO. 05-11198 |
|---|---|---|
| | | CHAPTER 13 |
| ROBERT L. WHITE | : | JUDGE J. VINCENT AUG |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF |
| | : | UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916218 | $56.13 |

Debtor Address
ROBERT L. WHITE
1855 LAWN AVE.
CINCINNATI, OH  45237

Respectfully submitted,

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 18, 2009.

/s/    Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.

Debtor(s)
ROBERT L. WHITE
1855 LAWN AVE.
CINCINNATI, OH  45237

Debtor(s) Counsel
ARTHUR RICHARD, ESQ.
114 EAST 8TH STREET
SUITE 400
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors